# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

BAD BOY, INC.                                                    PLAINTIFF

v.                    No. 1:17-cv-70-DPM

RF PRODUCTS and
INTIMIDATOR, INC.                                              DEFENDANTS

## ORDER

Defendants' unopposed motion to stay, № 48, is granted. The Final Scheduling Order, № 26, is suspended. And the case is administratively terminated. Defendants must file a status report within ten calendar days of the Patent Trial and Appeal Board's decision on whether to start *inter partes* review.

So Ordered.

_____
D.P. Marshall, Jr.
United States District Judge

1 November 2018