# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

BAD BOY, INC.                                                    PLAINTIFF

v.                         1:17-cv-70-DPM

INTIMIDATOR, INC.; and
RF PRODUCTS, INC.                                              DEFENDANTS

## JUDGMENT

The amended complaint is dismissed with prejudice. The Court retains jurisdiction until 30 September 2019 to enforce the settlement.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 July 2019